SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Paramjit Singh, et al,<br><br>Defendants | Case No.: CIV.S 08-cv-00354-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF QUIK STOP MARKETS, INC. AND ORDER**<br><br>Complaint Filed: FEBRUARY 15, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Quik Stop Markets, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2). This case is to be remained open with remaining Defendants. Defendant (Quik Stop Markets, Inc.) is dismissed because this Defendant has sold their business and is not a proper party to this action.

Dated: April 2, 2008                                            /s/Scott N. Johnson_____
                                                                SCOTT N. JOHNSON
                                                                Plaintiff, In Pro Per

**IT IS SO ORDERED**.

DATED:  4/3/2008                          _____
                                                                MORRISON C. ENGLAND, JR.
                                                                UNITED STATES DISTRICT JUDGE